UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

NORFOLK DIVISION
FILED MAY 2 4 2013
CLERK
U.S. BANKRUPTCY COURT

| | |
|---|---|
| In re: Michael Dell Grice ) <br> Debtor , ) <br> *Address:* 510 Wine Street Hampton Va. 23669 ) <br> and Fort Monroe Hampton Va., Apartment ) <br> Last four digits of Social Security or Individual ) <br> Tax-payer Identification (ITIN) No(s).,: <u>5034</u> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____) | Debtor Case No. 13-50689 <br><br> Chapter 13 |

## SUPPLEMENTAL NOTICE OF OBJECTION TO
## MOTON TO EXTEND TIME FILING CHAPERT 13 PLAIN AND RELATED MOTIONS AND SCHEDUALS, STATMENTS AND LIST; AUTOMATIC STAY REQUEST OF DEBTOR;

COMES NOW WILLIAM SCOTT DAVIS JR. and as next best friend to a minor J.F.D., et al, CREDITORS, in objection to MOTON TO EXTEND TIME FILING CHAPERT 13 PLAIN AND RELATED MOTIONS AND SCHEDUALS, STATMENTS AND LIST, and CONTINUACE OF AUTOMATIC STAY MOTIONS of Debtor in respectfully moving the Court to Deny the motions in Full, in showing unto the Court as follows:

1. On information and Belief the Debtor, as rented out 510 Wine Street Hampton Virginia 23669, in bad faith, where the purported tenants had no idea of the debtor legal problems as to ownership of 510 Wine Street Hampton; Bankruptcy Filings; foreclosures, Estate frauds upon Jimmie E. Davis & Lace Dell Bell fraudulent invalid Wills, and on going Hampton Virginia Circuit Court Cases in re ownership of 510 Wine Street Hampton Va., cases.

2. In Hampton Virginia Circuit Court Case CL12-183 the Court was acting without Jurisdiction and Subject-matter Jurisdiction, as proximate cause of the Judges having failed to recuse themselves, in having shown personal bias and prejudice towards Plaintiff William Scott Davis

Jr., and favoritism towards Debtor Counsel, and Defendants. The initial Judge Hon: Louis R. Lerner is the landlord of William Scott Davis Jr., and had vested financial interest, with his business partner Doug Farve, who was the Home Owners agent for 510 Wine Street Hampton, and also the Landlord of William Scott Davis Jr., In Judge Lerner failing to have timely recuse himself upon the demands and objection of William Scott Davis Jr., in re CL12-183. Subsequently all of the Circuit Court Judges for the City of Hampton Virginia disqualified themselves. The Supreme Court of Virginia then appointed the Hon: Westbrook J. Parker.

3. In Hampton Virginia Circuit Court Case CL12-183 the Court was acting without Jurisdiction and Subject-matter Jurisdiction, as proximate cause of the Judges having failed to recuse themselves, in having shown personal bias and prejudice towards Plaintiff William Scott Davis Jr., and favoritism towards Debtor Counsel, and Defendants. The Hon; Westbrook J. Parker in having failing to recuse himself upon the demands, motions and objection of William Scott Davis Jr., in re CL12-183, in having shown personal bias and prejudice towards William Scott Davis Jr., and favoritism toward the defendant and debtor. In never allowing the merits of the Case to be heard, in violations of due process, and equal protections at law of the Plaintiff rights of redress before an unbiased tribunal.

4. In Hampton Virginia Circuit Court Case CL12-937, related case to CL12-183, the Honorable Westbrook J. Parker, upon Plaintiff William Scott Davis Jr., motion for his recuse. The Honorable Westbrook J. Parker admitted that he was not being impartial in CL12-183, in granting Plaintiff motion for recuse, and disqualification in CL12-937. Where the Supreme Court of Virginia has now appointed a 3rd Judge.

5. William Scott Davis Jr., has made payments to in the name of Lacey Dell Bell and Chase Loan # 8001469231. The debitor has not paid William Scott Davis Jr., back. William Scott Davis Jr., informing Chase that the Borrower Lacey Dell Bell is deceased. However since the debitor has bee uncooperative, said Mortage montly pay ments of approzimately $1, 300.00 has gone

unpaid for over 15 months, in the debtor allowng the property to go to waste. Debtor has trying to Sell 510 Wine Street Hampton, unsuccessfuly do to pending litigation in the Hampton Va., Circuit Court contesting the alleged Will of Jimmie E. Davis. Including have defraued chase bank in an attempted short sale as Lacey Dell Bell.

6. Debtor has filed papers with the court to relief sought in MOTON TO EXTEND TIME FILING CHAPERT 13 PLAIN AND RELATED MOTIONS AND SCHEDUALS, STATMENTS AND LIST and CONTINUACE OF AUTOMATIC STAY in bad faith only to obstruct Chase Bank ability to foreclosure on 510 Wine Street Hampton. By Stalling the process during the pendency of Civil Suits having been filed by William Scott Davis Jr., in the Hampton Va., Circuit Court cases CL12-183, and CL12-937.

7. That the Debtor intent is to thwart the process, and frustrate the Creditors, defraud the Court, defraud the creditors, and defraud the tennats of 510 Wine Street Hampton Virginia in Bad Faith by any means to achieve this goal.

8. That the Debtor has no intenton of following throuth, and compleating the Chapter 13, Bankruptcy Process, and is just stalling for time, in bad faith, so as to run the legal process of pending civil suites CL12-183, ane CL12-937 in the Hampton Circut Court, and stalling in Bad Faith the forclouse proceeding of Chase Bank in re Lacey Dell Bell, so that the Debtor can vandilize, strip, suck dry 510 Wine Street Hampton Virginia.

9. William Scott Davis Jr., is poor and indigent, and cannot afford legal Counsel, the U.S. District Courts for the E.D., of Virginia Newport News divions, has recently granted informus papuris Status to William Scott Davis Jr.,

10. William Scott Davis Jr., requesting that the Court appoint Counsle from William Scott Davis Jr., and as next best frined to a minor J.F.D.,

11. William Scott Davis Jr., requesting a hearing date, and time in the above-captioned matter, in the U.S. District Bankruptcy Court for the Eastern District of Virginia, Newport News Division,

as William Scott Davis Jr., is legally disabled under the ADA, recieving food stamps, and Social Securty Disabilities, can't effectively ampulate.

12. That the Debtor is illegally exercision dominion over 510 Wine Street Hampton, by extric fraud upon this Honorable Court, and Hampton Virgina Circut Courts, aided and abetted by Debtors Legal Counsels Steven C. Taylor, and Romeo G. Lumaban resptively.

WHEREFORE the motivants and Petitioners William Scott Davis Jr., et al, prays the Court deny the debtors motions; expidiciously release Chase Bank in re Lacey Dell Bell loan # 8001469231 as to 510 Wine Street Hampton Virginia from the Chapter 13 bankrupcy filing of the debtor; Issure Rule 11 Sanctions of the Fed. R. Civ. P. , against the debtor and Counsel; and or Set a hearng date as soon as possible; Appoint Counsel for the Petitioners and Child minor J.F.D, and whatsoever else as is proper as is Just.

Date: 5/23/13   Signature: _____
                Name:      William Scott Davis Jr.,
                Address:   333 East Pembroke Ave, Suite 8
                           Hampton Virginia 23669
                           (501) 476-0480
                           wsdi@hotmail.com

## CERTIFICATE OF SERVICES

That this is to certify that the forgoing Objections, were mailed first Class Mail as follows:

1. United States Clerk of Bankruptcy Court
   For the Easter District of Virginia
   600 Granby Street
   Fourth Floor
   Norfolk Virginia 23510

2. Law Office of Steven C. Taylor, P.C..
   133 Mount Pleasant Road,
   Chesapeake VA., 23322.

3. Michael P Cotter
   Chapter 13 Trustee
   870 Greenbrier Circle Suite 402
   Chesapeake, VA 23340

Date: 5/23/13          Signature: _____
                       Name:      William Scott Davis Jr.,
                       Address:   333 East Pembroke Ave, Suite 8
                                  Hampton Virginia 23669
                                  (501) 476-0480
                                  wsdi@hotmail.com