Arkansas Dept of Taxation
Collection Section
PO Box 8090
Little Rock, AR 72203-8090


Arkansas Dpt Finance & Admin
1509 W. 7th Street
Little Rock, AR 72201


Arkansas Power and Light
4809 Jefferson St
New Orleans, LA 70121


Benjamin Harris
PO Box 7592
Hampton, VA 23666


Center Point Energy
P.O. Box 1700
Houston, TX 77251


Center Point Energy (RA)
CT Corporation System
4701 Cox Rd, Ste 301
Glen Allen, VA 23060-6802


Chase Home Mortgage
3415 Vision Drive
Columbus, OH 43219


Chase Mortgage (certified)
Stephen B. Burke, CEO
270 Park Avenue, 38th Fl.
New York, NY 10017


City of Hampton
1 Franklin Street, Suite 100
PO Box 638
Hampton, VA 23669-0638


Dept of Finance & Administrn
1509 West 7th Street
Little Rock, AR 72201

```
Entergy GSU
P.O. Box 6006
New Orleans, LA 70174


First Virginia Financial
2001 E. Pembroke Ave
Hampton, VA 23664


First Virginia Financial - RA
Corporation Service Company
BOA Ctr, 16 fl, 1111 E Main
Richmond, VA 23219


Hampton City Atty
22 Lincoln Street
City Hall-8th Floor
Hampton, VA 23669


Hampton City Treasurer
1 Franklin Street
Hampton, VA 23669


Hawkins, Burcher & Boester
One East Queen's Way, 2d Fl
Hampton, VA 23669-3503


Internal Revenue Service
P.O. Box 970024
Saint Louis, MO 63197


IRS (RA) Civil Process Clerk
Office of US Atty, EDVA
101 W. Main Street, Ste 8000
Norfolk, VA 23510-1671


IRS/Atty Gen. of US (Notice)
U.S. Dept of Justice
950 Pennsylvania Avenue
Washington, DC 20530


IRS/US Attys Office (notice)
Attn:  Greg Stefan, Esq.
101 W. Main St., Ste. 8000
Norfolk, VA 23510
```

Romeo Lumaban, Esq.
Smith Law Firm
133 Kings Way
Hampton, VA 23669


Rosenberg & Associates, LLC
CERT. MAIL - RETURN RECEIPT
7910 Woodmont Ave., Ste. 750
Bethesda, MD 20814


Sentara Medical Group
3000 Coliseum Dr, Ste 200
Hampton, VA 23666


Sentara Medical Group (RA)
Jeffrey P. King, Registered Ag
6015 Poplar Hall Dr. Suite 308
Norfolk, VA 23502


William Scott Davis, Jr.
333 Pembroke Avenue Apt. #8
Hampton, VA 23669