

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

In re: Michael Dell Grice )
    Debtor   , )
*Address:* 510 Wine Street Hampton Va. 23669 )
and Fort Monroe Hampton Va., Apartment ) Debtor Case No. 13-50689
Last four digits of Social Security or Individual )
Tax-payer Identification (ITIN) No(s).,: <u>5034</u> ) Chapter 13
)
)
)
)
)
)
_____)

MOTION IN OBJECTIONS
TO
DEBTOR CHAPTER 13 PLAIN AND RELATED MOTIONS

EXHIBITS

1. Arkansas Restraining Order against Debtor.


Date: _____06/04/13_____ Signature: _____
                                                            Name: William Scott Davis Jr.,
                                                            Address: 333 East Pembroke Ave, Suite 8
                                                                            Hampton Virginia 23669
                                                                            (501) 476-0480
                                                                            wsdi@hotmail.com

## CERTIFICATE OF SERVICES

That this is to certify that the forgoing document, was mailed first Class Mail, hand-delivery, or electronic mailed as follows:

1. United States Clerk of Bankruptcy Court
   For the Easter District of Virginia
   600 Granby Street
   Fourth Floor
   Virginia 23510

2. Law Office of Steven C. Taylor, P.C..
   133 Mount Pleasant Road,
   Chesapeake VA., 23322

3. Michael P Cotter
   Chapter 13 Trustee
   870 Greenbrier Circle Suite 402
   Chesapeake, VA 23340

4. Arkansas Dept of Taxation
   Collection Section
   PO Box 8090
   Little Rock, AR 72203-8090

5. Arkansas Dpt Finance & Admin
   1509 W. 7th Street
   Little Rock, AR 72201

6. Arkansas Power and Light
   4809 Jefferson St
   New Orleans, LA 70121

7. Benjamin Harris
   PO Box 7592
   Hampton, VA 23666

8. Center Point Energy
   P .O. Box 1700
   Houston, TX 77251

9. Center Point Energy (RA)
   CT Corporation System
   4701 Cox Rd, Ste 301
   Glen Allen, VA 23060-6802

10. Chase Home Mortgage
    3415 Vision Drive
    Columbus, OH 43219

Chase Mortgage (certified)

11. Stephen B. Burke, CEO
    270 Park Avenue, 38th Fl.
    New York, NY 10017

12. City of Hampton
    1 Franklin Street, Suite 100
    PO Box 638
    Hampton, VA 23669-0638

13. Dept of Finance & Administration
    1509 West 7th Street
    Little Rock, AR 72201

14. Romeo Lumaban, Esq.
    Smith Law Firm
    133 Kings Way
    Hampton, VA 23669

15. Rosenberg & Associates, LLC
    CERT. MAIL - RETURNRECEIPT
    7910 Woodmont Ave., Ste. 750
    Bethesda, MD 20814

16. Sentara Medical Group
    3000 Coliseum Dr, Ste 200
    Hampton, VA 23666

17. Sentara Medical Group (RA)
    Jeffrey P. King, Registered Ag
    6015 Poplar Hall Dr. Suite 308
    Norfolk, VA 23502

18. Entergy GSU
    P.O. Box 6006
    New Orleans, LA 70174

19. First Virginia Financial
    2001 E. Pembroke Ave
    Hampton, VA 23664

20. First Virginia Financial - RA
    corporation service Company
    BOA Ctr, 16 fl, 1111 E Main
    Richmond, VA 23219

21. Hampton City Atty
    22 Lincoln Street

City Hall-8th Floor
Hampton, VA 23669

22. Hampton City Treasurer
1 Franklin Street
Hampton, VA 23669

23. Hawkins, Burcher & Boester
One East Queen's Way, 2d Fl
Hampton, VA 23669-3503

24. Internal Revenue Service
P.O. Box 970024
Saint Louis, MO 63197

25. IRS (RA) Civil Process Clerk
Office of US Atty, EDVA
101 W. Main Street, Ste 8000
Norfolk, VA 23510-1671

26. IRS/Atty Gen. of US (Notice)
U. S. Dept of Justice
950 Pennsylvania Avenue
Washington, DC 20530

27. IRS/US Attys Office (notice)
Attn: Greg Stefan, Esq.
101 W. Main st., Ste. 8000
Norfolk, VA 23510

28. Westside Loft Apartments
1300 Marshall Street
Little Rock Ar., 72202

29. Algater C. McKeel
McKeel Law Firm
P.O. Box 3582
Little Rock Arkansas 72203

30. Victor D. "Trey" Wright, III
Wright Law Finn
111 Center Street, Suite 1200
Little Rock, AR 72201

Date: _____06/04/13_____    Signature: _____
                                Name:      William Scott Davis Jr.,

| | |
|---|---|
| Address: | 333 East Pembroke Ave, Suite 8 |
| | Hampton Virginia 23669 |
| | (501) 476-0480 |
| | wsdi@hotmail.com |

DR.13.2011.1200

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## HON. COLLINS KILGORE – 13th DIVISION 6TH CIRCUIT

**MICHAEL DELL GRICE**                                        **PLAINTIFF**

VS.                    **CASE NO. 60DR-11-4343**      FILED 09/09/11 11:45:00
                                                      Larry Crane Pulaski Circuit Clerk
**TONYA GRICE**                                       **DEFENDANT**

### RESTRAINING ORDER

Each of the above named parties to this action is hereby enjoined and restrained from causing, or permitting, any minor children of the parties to be removed from the jurisdiction of this Court except by prior permission of the Court.

Each party is hereby enjoined and restrained from doing, attempting to do, or threatening to do, any act injuring, mistreating, molesting, or harassing the adverse party, or any of the children of the parties.

Each party is hereby enjoined and restrained from selling, encumbering, mortgaging, contracting to sell, or otherwise disposing of, or removing from the jurisdiction of this Court, any of the property belonging to the parties, except in the ordinary course of business, or except by agreement of the parties, or except by the further Orders of the Court.

Each party shall complete an Affidavit of Financial Means (Rev. 6/2007) and be prepared to exchange a copy of such Affidavit with the other party prior to the temporary hearing or trial.

IT IS SO ORDERED.

_____
CIRCUIT JUDGE
DATE: Sept 9, 2011

60DR-11-4343    601-60100031188-004
MICHAEL DELL GRICE V TONYA GR 1 Page
PULASKI CO    09/09/2011 11:45 AM
CIRCUIT COURT    ORDM