# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| *In re:* | ) | |
| | ) | |
| MICHAEL DELL GRICE, | ) | Case No. 13-50689-FJS |
| | ) | |
| *Debtor.* | ) | |
| | ) | Chapter 13 |

**ORDER**

On May 2, 2013, Michael Dell Grice (the "Debtor"), through counsel, filed a voluntary petition seeking relief pursuant to Chapter 13 of Title 11 of the United States Code. ECF No. 1. As this was the Debtor's second filing within a year, he filed a Motion to Extend Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(B) (the "Motion to Extend Automatic Stay"), on May 7, 2013. ECF No. 10. The Motion was set for a hearing before the Court on June 7, 2013. On May 16, 2013, the Debtor filed a motion to extend time to file his lists, schedules, statements, plan, and related motions. ECF No. 15. An Order granting that motion was entered on May 17, 2013. ECF No. 16.

On May 21, 2013, William Scott Davis, Jr. ( "Davis"), acting *pro se*, filed documents titled "Objection to Motion to Extend Automatic Stay, Request for Court Appointed Counsel, Motion for Rule 11 Sanctions, and Request for Hearing" (the "Objection to Motion to Extend Automatic Stay"), and "Objection to Motion to Extend Time to File Chapter 13 Plan, Lists, Schedules and Statements, Request for Court Appointed Counsel, Motion for Rule 11 Sanctions, and Request for hearing" (the "Objection to Motion to Extend Time"). ECF Nos. 20 & 21. The Objection to Motion to Extend Time was corrected to include Davis's signature on May 16, 2013. ECF No. 22. On May 24, 2013, Davis filed a Supplemental Objection to Motion to Extend Time. ECF No. 31. On May 29, 2013, Davis filed an Exhibit to his Objection to Motion to

Extend Automatic Stay. ECF No. 41. On June 3, 2013, Davis filed a "Notice of Motion and Objection to the Filings and Motions of the Debtor, as it Pertains to Ownership of 510 Wine Street, Hampton Virginia" (the "Motion and Objection"), which was corrected to include Davis's signature on June 5, 2013. ECF Nos. 49 and 53.[1]

At the hearing on June 7, 2013, on the Motion to Extend Automatic Stay, the Debtor, his counsel, Davis, and the attorney for the Chapter 13 Trustee appeared before the Court. The Court informed Davis that his filings contained a variety of un-redacted personal identifiers. The Court instructed him to conform his pleadings to Federal Rule of Bankruptcy Procedure 9037 within fourteen (14) days or be prevented from filing anything until such time as his pleadings conformed to the Federal Rules of Bankruptcy Procedure.

Accordingly, the Court ORDERS that William Scott Davis, Jr. has fourteen (14) days to comply with Federal Rule of Bankruptcy Procedure 9037 and restrict access to his pleadings. Failure to comply with this Order will result in the Clerk's Office not accepting any pleading from William Scott Davis, Jr. until such time as the Court is satisfied that William Scott Davis, Jr.'s filings comply with the Federal Rules of Bankruptcy Procedure.

The Clerk shall deliver copies of this Order to Michael Dell Grice, Debtor, 510 Wine Street, Hampton, VA 23669; Steve C. Taylor, Esq., 133 Mount Pleasant Road, Chesapeake, VA 23322; William Scott Davis, Jr., 333 Pembroke Avenue, Apt. #8, Hampton, VA 23669; Michael P. Cotter, Esq., Chapter 13 Trustee, 870 Greenbrier Circle, Suite 402, Chesapeake, VA 23320.

IT IS SO ORDERED.

Dated: Jun 10 2013

/s/ Frank J. Santoro

FRANK J. SANTORO
United States Bankruptcy Judge

Entered on Docket: 6/10/13

---

[1] The Court refers to ECF Nos. 20, 21, 22, 31, 41, 49, and 53 collectively as the "filings" or "pleadings."