

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| In re: Michael Dell Grice<br>　　　Debtor　　,<br>*Address:* 510 Wine Street Hampton Va. 23669<br>and Fort Monroe Hampton Va., Apartment<br>Last four digits of Social Security or Individual<br>Tax-payer Identification (ITIN) No(s).,: <u>5034</u> | )<br>)<br>)<br>)　Debtor Case No. 13-50689<br>)<br>)　Chapter 13<br>) |

MOTION IN OBJECTIONS
TO
DEBTOR CHAPTER 13 PLAIN AND RELATED MOTIONS

COMES NOW William Scott Davis Jr., in objection to debtors Chapter 13 Plain and Related Motions, having been filed 06/03/13, in showing unto the Court as follows:

1. Debtor is not the legal owner of 510 Wine Street Hampton, adversely exercising dominion over the Property by Extrinsic Fraud.

2. Debtor has attached Void document of No Force or Effect, as to William Scott Davis Jr., , and including ownership of the Debtor as to 510 Wine Street Hampton Virginia .

3. That Matters are still Pending Before the Circuit Court of Hampton Virginia, and Supreme Court of Virginia, as to ownership of 510 Wine Street Hampton. Cases CL12000183 & CL12000937.

4. William Scott Davis Jr., is the rightful legal owner of 510 Wine Street Hampton, and Object to Debtor, seeking to place additions encumbrances against 510 Wine Street Hampton, Virginia. Including Objection to the Chapter 13 Plain and Related Motions in its entirety.

5. Including Violations of a Little Rock Arkansas Divorce Court Order, that the Debtor is not

allowed to incur any encumbrances against 510 Wine Street Hampton Virginia.

6. In August of 2011, Debtor obtained $80,000.00 in Cash, upon the Demise of Jimmie E. Davis, and made no attempts to pay or notify any Creditors, in which the Debtor is now Concealing the $80,000.00 from this Court.

7. 510 Wine Street Hampton will never Sell for over $200,000.00.

8. Boarders have not supplied means of Income, and are subject to up and leaving 510 Wine Street Hampton, going to Jail for Drug Related Activities, and or losses of income.

9. Benjamin Harris assumed the risk that the Debtor did not own 510 Wine Street, and there is not evidence of said Judgment, not being part of a fraudulent Scheme, of the Debtor and Harris, as to Owner Ship of 510 Wine Street, and sustained Loss of William Scott Davis Jr., by Michael Dell Grice, Lt Benjamin Harris of HFD, his Spouse Cpl Marva Melva William of HPD, having been under on going investigation by the Professional Standards Commissions, as to inappropriate acts, and active with Michael Dell Grice, as to 510 Wine Street Hampton Virginia.

WHEREFORE the motivants and Petitioners William Scott Davis Jr., et al, prays the Court for an Order Denying the Chapter 13 Plain, and Related Motions, Injoin the Debtor from incuring any encumberances against 510 Wine Street Hampton Virginia 23669, and set a hearing, including whatsoever else as is proper as is Just.

Date: _____06//04/13_____    Signature: _____

Name:    William Scott Davis Jr.,
Address: 333 East Pembroke Ave, Suite 8
         Hampton Virginia 23669
         (501) 476-0480
         wsdi@hotmail.com

CERTIFICATE OF SERVICES

That this is to certify that the forgoing document, was mailed first Class Mail, hand-delivery, or electronic mailed as follows:

1. United States Clerk of Bankruptcy Court
   For the Easter District of Virginia
   600 Granby Street
   Fourth Floor
   Virginia 23510

2. Law Office of Steven C. Taylor, P.C..
   133 Mount Pleasant Road,
   Chesapeake VA., 23322

3. Michael P Cotter
   Chapter 13 Trustee
   870 Greenbrier Circle Suite 402
   Chesapeake, VA 23340

4. Arkansas Dept of Taxation
   Collection Section
   PO Box 8090
   Little Rock, AR 72203-8090

5. Arkansas Dpt Finance & Admin
   1509 W. 7th Street
   Little Rock, AR 72201

6. Arkansas Power and Light
   4809 Jefferson St
   New Orleans, LA 70121

7. Benjamin Harris
   PO Box 7592
   Hampton, VA 23666

8. Center Point Energy
   P.O. Box 1700
   Houston, TX 77251

9. Center Point Energy (RA)
   CT Corporation System
   4701 Cox Rd, Ste 301
   Glen Allen, VA 23060-6802

10. Chase Home Mortgage
    3415 Vision Drive
    Columbus, OH 43219

Chase Mortgage (certified)

11. Stephen B. Burke, CEO
    270 Park Avenue, 38th Fl.
    New York, NY 10017

12. City of Hampton
    1 Franklin Street, Suite 100
    PO Box 638
    Hampton, VA 23669-0638

13. Dept of Finance & Administration
    1509 West 7th Street
    Little Rock, AR 72201

14. Romeo Lumaban, Esq.
    Smith Law Firm
    133 Kings Way
    Hampton, VA 23669

15. Rosenberg & Associates, LLC
    CERT. MAIL - RETURNRECEIPT
    7910 Woodmont Ave., Ste. 750
    Bethesda, MD 20814

16. Sentara Medical Group
    3000 Coliseum Dr, Ste 200
    Hampton, VA 23666

17. Sentara Medical Group (RA)
    Jeffrey P. King, Registered Ag
    6015 Poplar Hall Dr. Suite 308
    Norfolk, VA 23502

18. Entergy GSU
    P.O. Box 6006
    New Orleans, LA 70174

19. First Virginia Financial
    2001 E. Pembroke Ave
    Hampton, VA 23664

20. First Virginia Financial - RA
    corporation service Company
    BOA Ctr, 16 fl, 1111 E Main
    Richmond, VA 23219

21. Hampton City Atty
    22 Lincoln Street

City Hall-8th Floor
Hampton, VA 23669

22. Hampton City Treasurer
    1 Franklin Street
    Hampton, VA 23669

23. Hawkins, Burcher & Boester
    One East Queen's Way, 2d Fl
    Hampton, VA 23669-3503

24. Internal Revenue Service
    P.O. Box 970024
    Saint Louis, MO 63197

25. IRS (RA) Civil Process Clerk
    Office of US Atty, EDVA
    101 W. Main Street, Ste 8000
    Norfolk, VA 23510-1671

26. IRS/Atty Gen. of US (Notice)
    U. S. Dept of Justice
    950 Pennsylvania Avenue
    Washington, DC 20530

27. IRS/US Attys Office (notice)
    Attn: Greg Stefan, Esq.
    101 W. Main st., Ste. 8000
    Norfolk, VA 23510

28. Westside Loft Apartments
    1300 Marshall Street
    Little Rock Ar., 72202

29. Algater C. McKeel
    McKeel Law Firm
    P.O. Box 3582
    Little Rock Arkansas 72203

30. Victor D. "Trey" Wright, III
    Wright Law Finn
    111 Center Street, Suite 1200
    Little Rock, AR 72201

Date: _____06/04/13_____   Signature: _____
                                Name:      William Scott Davis Jr.,

Address:   333 East Pembroke Ave, Suite 8
Hampton Virginia 23669
(501) 476-0480
wsdi@hotmail.com

B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)

# United States Bankruptcy Court
Eastern District of Virginia

In re Michael Dell Grice
[Set forth here all names including married, maiden, and
trade names used by debtor within last 8 years.]

Debtor

Case No. 13-50683

Address 510 Wine Street
Hampton VA

Chapter 13

Last four digits of Social Security or Individual Tax-payer Identification
(ITIN) No(s).,(if any): 5034

Employer's Tax Identification (EIN) No(s).(if any):

## NOTICE OF [MOTION TO ] [OBJECTION TO ]

William Scott Davis Jr has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before (date) 6-7-13, you or your attorney must:

[File with the court a written request for a hearing {or, if the court requires a written response, an answer, explaining your position} at: 600 Granby Street 4H floor Norfolk VA 23669
{address of the bankruptcy clerk's office}

If you mail your {request} {response} to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to: William Scott Davis Jr
333 E. Pembroke Ave Ste 8
Hampton VA 23669
{movant's attorney's name and address}

Steven C. Taylor
{names and addresses of others to be served}] 135 Mount Pleasant Rd
Chesapeake VA 23322
7th 2003
[Attend the hearing scheduled to be held on (date), (year), at 8:30 a.m./p.m. in Courtroom____, United States Bankruptcy Court, {address}.] 2400 West Ave
Newport News VA 23607
[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 6/9/13    Signature: W D
Name: William Scott Davis Jr
Address: 333 E Pembroke Ave Ste 8
Hampton VA 23669