William Scott Davis Jr., Pro Se
333 East Pembroke Ave, Suit 8
Hampton, Virginia 23669
Telephone: (510) 476-0480
E-mail: wsdii@hotmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| In re: Michael Dell Grice ) | |
| Debtor , ) | |
| *Address:* 510 Wine Street Hampton Va. 23669 ) | |
| and Fort Monroe Hampton Va., Apartment ) | Debtor Case No. 13-50689 |
| Last four digits of Social Security or Individual ) | |
| Tax-payer Identification (ITIN) No(s).,: 5034 ) | Chapter 13 |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

ORDER GRANTING EX –PARTE AMENED MOTION OF WILLIAM SCOTT DAVIS JR., FOR
PROTECTIVE ORDER TO RESTRICT PUBLIC ACCESS TO IDENTIFING INFORMATION,
SOCIAL SECURTY NUMBERS, BANK ACCOUNT NUMBERS, MEDICAL INFORMATION,
AND A WAKE COUNTY NORTH CAROLINA CIVIL FILING INJUNCTION ORDER 09CV5181
PURSUANT TO 11 U.S.C. § 107 AND BANKRUPTCY RULE 9037

THIS MATTER came before the Court, on June 7th 2013. In that William Scott Davis Jr., entry

of a Protective Order to Restrict Public Access to identifiable information. ECF Nos: 20, 21, 22, 31,

41, 49, and 53 collectively as the "filings" or "pleading". Including ECF No. 37 non-certified Exhibits

1, 2, 3. As to Sun Trust Bank, and Medical Records of Jimmie E. Davis personal identifiers.

Including Motion to suppress an invalid unlawfully obtained Wake County North Carolina civil filing

injunction 09cv5181. Pursuant to 11 U.S.C. § Bankruptcy Rule 9037 (the "Motion"), to restrict public

access to Documents filed by William Scott Davis Jr, as to ECF Nos: 20, 21, 22, 31, 41, 49, and 53

collectively as the "filings" or "pleading" (the "Unredacted Documents"). Including ECF No. 37 non-

certified Exhibits 1, 2, 3.

The Court, having considered the Ex Parte Amended Motion which was filed in this case by

William Scott Davis Jr., finds that (I) it has jurisdiction over the matters raised in the Ex Parte Motion Pursuant to 28 U.S.C §§ 157 and 1334(b), (ii) proper notice of the Ex Parte Motion has been provided, that no further notice need be provided to grant the relief ordered herein, and (iii) based on the Ex Parte Motion, the pleading in this Case, including the Unredacted Documents , and the applicable law, that cause exist for the granting the relief order herein. It is therefore

ORDERED that the Motion is GRANTED: and it is further

ORDERED that all public access on the Courts electronic filing system to Unredacted information filed by William Scott Davis, Jr., ECF Nos: 20, 21, 22, 31, 41, 49, and 53 collectively as the "filings" or "pleading" (the "Unredacted Documents"). Including ECF No. 37 non-certified Exhibits 1, 2, 3, are here by restricted by the Court; and it is further

ORDERED that William Scott Davis Jr., by service of a copy of the Order, is directed to amend to amend the filing as to Unredacted information filed in this case ECF Nos: 20, 21, 22, 31, 41, 49, and 53 collectively as the "filings" or "pleading" (the "Unredacted Documents") within (30) days of the entry of this Order, which papers to be filed shall be identical in all respects to the document it replaces, except that all personal identifiers shall be redacted, and the replacement filing shall not otherwise overwrite the affect the integrity of the original filing; and it is further

ORDERED that the Clerk of this Court shall retain the original filing ECF Nos: 20, 21, 22, 31, 41, 49, and 53 collectively as the "filings" or "pleading" (the "Unredacted Documents") after entry of any such protective order. With the exception ECF No. 37 non-certified Exhibits 1, 2, 3, and shall only provide access to such original filing ECF Nos: 20, 21, 22, 31, 41, 49, and 53 collectively as the "filings" or "pleading" (the "Unredacted Documents"). To the applicable debtors, the debtors' counsel, the U.S. Trustee, and any applicable case trustee, and such trustee's counsel upon request by any such party, consistent with the procedures of this Court; and it is further

ORDERED that the Clerk of this Court may take all reasonable and appropriate action to assist with the efficient implementation of the directives and objective of this Order, and it is further

ORDERED that the Clerk of this Court shall deliver copies of the Order to the Debtor, counsel for the debtor, all purported Creditors and or Parties listed by the Debtor, and the Chapter Trustee listed below.

Date _____    _____

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS

*[signature]*

William Scott Davis Jr., Pro Se.
333 East Pembroke Ave, Suite 8
Hampton Virginia 23669
E-Mail: wsdii@hotmail.com

SEEN AND AGREED

_____
Law Office of Steven C. Taylor, P.C.
133 Mount Pleasant Road,
Chesapeake VA., 23322


_____
Michael P Cotter
Chapter 13 Trustee
870 Greenbrier Circle Suite 402
Chesapeake, VA 23340

CERTIFICATION PURSUANT TO LOCAL RULE 9022-1

That the undersigned hereby certifies that the forgoing proposed Order Granting Ex Parte Motion of William Scott Davis Jr., for Protective Order to Restrict Public Access to Sun Trust Bank records as to Jimmie E. Davis, and Michael Dell Grice, including Wake County North Carolina Civil Filing injunction 09cv5181 information Pursuant to 11 U.S.C § 107 and Bankruptcy Rule 9037 has been served on all necessary parties as follows

1. United States Clerk of Bankruptcy Court
   For the Easter District of Virginia
   600 Granby Street
   Fourth Floor
   Virginia 23510

2. Law Office of Steven C. Taylor, P.C.
   133 Mount Pleasant Road,
   Chesapeake VA., 23322

3. Michael P Cotter
   Chapter 13 Trustee
   870 Greenbrier Circle Suite 402
   Chesapeake, VA 23340

Date 06/18/13

                Signature: _____
                Name:     William Scott Davis Jr.,
                Address:  333 East Pembroke Ave, Suite 8
                               Hampton Virginia 23669
                               (501) 476-0480
                               wsdi@hotmail.com